# United States Court of Appeals
### For the Eighth Circuit

_____

No. 16-4104

_____

United States of America

*Plaintiff - Appellee*

v.

Brittany Frierson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Texarkana

_____

Submitted: August 18, 2017
Filed: August 25, 2017
[Unpublished]

_____

Before WOLLMAN, MURPHY, and KELLY, Circuit Judges.

_____

PER CURIAM.

Brittany Frierson directly appeals after she pleaded guilty to a drug charge, pursuant to a plea agreement that contained an appeal waiver, and the district court[1]

_____

[1]The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas.

sentenced her to a below-Guidelines-range prison term. Her counsel has moved for leave to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967).

We have reviewed the record to determine whether the appeal waiver is valid, see United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity of appeal waiver), and whether there are any nonfrivolous issues for appeal, see Penson v. Ohio, 488 U.S. 75 (1988) (independent review of record in Anders cases). We conclude that the appeal waiver is valid and enforceable and that there are no nonfrivolous issues outside the scope of the waiver. See United States v. Andis, 333 F.3d 886, 890-92 (8th Cir. 2003) (en banc) (discussing enforcement of appeal waivers). We grant counsel's motion to withdraw, and we dismiss the appeal.

_____